IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -v- | ) | 5:MJ-07-54 |
| | ) | |
| RICHARD EVANS | ) | |

2:07mj99-SRW

'07 NOV 13 A 9:55

A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
FILED
WILKES-BARRE
NOV 06 2007
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
*(Under Rule 20)*

I, Richard Evans, the above-named defendant, have been informed that a Criminal Complaint is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Alabama, and to waive the indictment and trial in the Middle District of Pennsylvania.

Dated: 9-4-07, 2007, at Montgomery, AL, ~~Pennsylvania~~.

_____
Richard Evans
Defendant

_____
Counsel For Defendant

APPROVED

| | |
|---|---|
| THOMAS A. MARINO | LEURA G. CANARY |
| UNITED STATES ATTORNEY | UNITED STATES ATTORNEY |
| Middle District of Pennsylvania | Middle District of Alabama |
| By: _____ | By: _____ |
| FRANCIS P. SEMPA | A. CLARK MORRIS |
| Assistant U. S. Attorney | Assistant U. S. Attorney |
| Middle District of Pennsylvania | Middle District of Alabama |

AO 31 (Rev. 3/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

RICHARD EVANS

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 5:MJ-07-54

Count 1. On or about <u>September 5, 2006</u>, in <u>Lackawanna</u> County, in the <u>Middle District of Pennsylvania</u>, the defendant, *Richard Evans*, willfully and knowingly by force, violence and intimidation, did intentionally take from the person and presence of another, money, approximately $1041.00 in United States Currency, belonging to and in the care, custody, control, management and possession of the First Liberty Bank and Trust in Scranton, Pennsylvania, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. 2113(a).

I further state that I am a Special Agent for the <u>Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.   X  Yes  ___ No

Kevin L. Wevodau, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

4-26-07
Date

at

Scranton PA
City and State

Malachy E. Mannion, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

Certified from the record
Date 10-11-07
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

Certified from the record
Date 4-26-07
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

## AFFIDAVIT OF PROBABLE CAUSE

Special Agent (SA) KEVIN L. WEVODAU, FEDERAL BUREAU OF INVESTIGATION (FBI), Scranton Resident Agency (SRA), Scranton, Pennsylvania (PA), does hereby swear and depose the following:

1.) On or about September 5, 2006, at approximately 11:11 a.m., an unknown white male entered the First Liberty Bank and Trust in Scranton, Pennsylvania, and verbally demanded money from a teller. As a result of the verbal demand from the unknown male, the teller provided $1,041 in U.S. currency belonging to the bank to this individual. The individual was observed departing the bank area in a light green minivan. The bank's deposits were at the time, and are, FDIC insured.

2.) On or about December 15, 2006, the Mobile, Alabama Office of the FBI advised that RICHARD EVANS was arrested on October 18, 2006, for the robbery of the Compass Bank, Montgomery, Alabama. EVANS was subsequently indicted for that robbery on November 15, 2006.

3.) This agent reviewed the police reports prepared for the October 18, 2006, robbery of the Compass Bank, Montgomery, Alabama, and the September 5, 2006, robbery of the First Liberty Bank and Trust in Scranton, Pennsylvania, and noticed that there were several similarities. In both bank robberies, the bank robber produced a zipper bag for the victim teller to place the currency into. In both robberies, the bank robber made overt maneuvers to keep his hands off of the counter area. The bank robber also wore a hooded sweatshirt, sunglasses, and a baseball hat during both

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

robberies. Both robberies involved an oral demand for money from the victim teller. The getaway vehicle in both robberies was described by witnesses as being a green-colored minivan.

4.) This agent forwarded bank surveillance photographs of the robbery at the First Liberty Bank and Trust in Scranton to the Mobile Office of the FBI. This agent was subsequently advised by the Mobile FBI that on March 16, 2007, RICHARD EVANS, who is cooperating with investigators in Alabama, reviewed the bank surveillance photographs sent by this agent, and identified himself as the perpetrator of the robbery in the Scranton bank surveillance video. EVANS stated to FBI agents that he wanted to plead guilty to the Scranton bank robbery, as well as the Alabama bank robbery.

Based upon the above information, this agent believes that probable cause exists that RICHARD EVANS committed the robbery of the First Liberty Bank and Trust in Scranton, PA, on September 5, 2006, in violation of 18 U.S.C. § 2113(a).

KEVIN L. WEVODAU
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before
me this 26th day of April, 2007,
at Scranton, Pennsylvania.

Malachy E. Mannion
United States Magistrate Judge

# United States District Court
## Middle District of Pennsylvania (Wilkes-Barre)
### CRIMINAL DOCKET FOR CASE #: 5:07-mj-00054-MEM All Defendants
Internal Use Only

Case title: USA v. Evans

Date Filed: 04/26/2007
Date Terminated: 11/06/2007

Assigned to: Magistrate Judge Malachy E. Mannion

**Defendant**

**Richard Evans** (1)
*TERMINATED: 11/06/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2113A.F | Rule 20 transfer to Middle District of Alabama |

Certified from the record
Date 11-8-07
Mary E. D'Andrea, Clerk
Per [signature]
Deputy Clerk

**Plaintiff**

USA   represented by   **Francis P. Sempa**
U.S. Attorney's Office
235 N. Washington Avenue
3rd Floor
Scranton, PA 18503
Email: fran.sempa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 04/26/2007 | 1 | COMPLAINT as to Richard Evans (1) that the deft. did willfully & knowingly by force, violence & intimidation, did intentionally take from the person and present of another, money belonging to and in the care, custody, control, management and possession of First Liberty Bank & Trust in violation of 18:2113(a). (bs, ) (Entered: 07/06/2007) |
|---|---|---|
| 04/26/2007 | 2 | *SEALED* AFFIDAVIT OF AGENT SEALED - Document is restricted from electronic public view. as to Richard Evans. (bs, ) (Entered: 07/06/2007) |
| 04/26/2007 |  | *SEALED* SEALED DOCUMENT - warrant issued as to Richard Evans. (bs, ) (Entered: 07/06/2007) |
| 11/06/2007 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama Counts closed as to Richard Evans (1) Count Complaint. (bs, ) (Entered: 11/08/2007) |
| 11/08/2007 | 4 | LETTER from Clerk MD of PA to Clerk MD of AL w/Rule 20 documents enclosed. (bs, ) (Entered: 11/08/2007) |